## Walter J. Ashley, Defendant in Error, v. E. F. Masterson, Agent, Plaintiff in Error.

### Gen. No. 21,268.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOHN C. WORK, Judge, presiding. Heard in this court at the October term, 1915. Affirmed. Opinion filed May 1, 1916.

### Statement of the Case.

Action by Walter J. Ashley, plaintiff, against E. F. Masterson, agent and attorney for Anna Dickson, defendant. To reverse a judgment for plaintiff, defendant prosecutes this writ of error.

On April 14, 1916, on motion of the defendant in error, the bill of exceptions in this case was stricken from the record.

Defendant in error moved to affirm the judgment of the trial court on the statutory record, abstracts and briefs of plaintiff in error.

E. F. MASTERSON, *pro se.*

FRED SASS and DANIEL A. ROBERTS, for defendant in error.

MR. JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

APPEAL AND ERROR, § 1327*—*when intendment in favor of judgment where bill of exceptions stricken.* On a writ of error where the bill of exceptions is stricken on the motion of defendant in error, the court will deal only with the errors appearing in the statutory record, and every intendment will be in favor of the accuracy of the procedure and the correctness of the judgment.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.